**James E. PALMER; et al.,**
**Plaintiffs–Appellants,**

v.

**KLAMATH COUNTY; et al,**
**Defendants–Appellees.**

No. 00–35253.

D.C. No. CV–98–03089–ALH.

United States Court of Appeals,
Ninth Circuit.

Submitted June 11, 2001.*

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

## MEMORANDUM **

James E. Palmer and Maryanne Palmer appeal pro se the judgment dismissing

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

their complaint with prejudice for failure to set forth a short, clear and concise statement of the claim, and the district court's order requiring pre-filing review. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We review for an abuse of discretion a dismissal for a violation of Fed.R.Civ.P. 8 ("Rule 8"). *See McHenry v. Renne,* 84 F.3d 1172, 1177 (9th Cir.1996). We affirm.

■ The district court did not abuse its discretion in dismissing the Palmers' amended complaint with prejudice because the Palmers: (1) were permitted to amend their complaint; (2) were given adequate notice of the complaint's deficiencies with respect to Rule 8; and (3) nevertheless, failed to file an amended complaint that complied with Rule 8. *See Nevijel v. N. Coast Life Ins. Co.,* 651 F.2d 671, 674 (9th Cir.1981).

The district court did not abuse its discretion in denying the recusal motion, *see United States v. Hernandez,* 109 F.3d 1450, 1453 (9th Cir.1997), or declining to enter default judgments, *see Pau v. Yosemite Park & Curry Co.,* 928 F.2d 880, 885 (9th Cir.1991).

The magistrate judge acted within the scope of his authority in issuing non-dispositive orders. *U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff,* 768 F.2d 1099, 1102 (9th Cir.1985).

■ The district court did not abuse its discretion in issuing the order requiring pre-filing review filed on February 28, 2000. *See DeLong v. Hennessey,* 912 F.2d 1144, 1146 (9th Cir.1990).

We deny the Palmers' remaining contentions.

AFFIRMED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

